NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**LMK TECHNOLOGIES, LLC,**
*Appellant*

**v.**

**BLD SERVICES, LLC,**
*Appellee*

_____

2016-1636, -1637, -1638

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00768, IPR2014-00770, and IPR2014-00772.

_____

## O R D E R

The above-captioned appeals appear to be related.

We consolidate the cases and thus one set of briefs should be filed for the three appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated.  The revised official caption is reflected above.  Appellant's opening brief is due no later than April 29, 2016.

2     LMK TECHNOLOGIES, LLC v. BLD SERVICES, LLC

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s32

2     LMK TECHNOLOGIES, LLC v. BLD SERVICES, LLC