FORM 8. Entry of Appearance                                                            Form 8

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

LMK TECHNOLOGIES, LLC   v.   BLD SERVICES, LLC

No. 2016-1636, -1637, -1638

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:   LMK TECHNOLOGIES, LLC
                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
☑ Appellant     ☐ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

Name:                  Jeffrey D. Harty
Law Firm:              Nyemaster Goode, P.C.
Address:               700 Walnut, Ste. 1600
City, State and Zip:   Des Moines, IA 50309
Telephone:             515-283-8038
Fax #:                 515-283-3108
E-mail address:        jharty@nyemaster.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): October 22, 1997

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes    ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date  March 11, 2016          Signature of pro se or counsel  /s/ Jeffrey D. Harty

cc:   All counsel of record

Reset Fields

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  March 14, 2016
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Jeffrey D. Harty | /s/ Jeffrey D. Harty |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Jeffrey D. Harty |
| Address | Nyemaster Goode, P.C. |
| City, State, Zip | Des Moines, IA 50309 |
| Telephone Number | 515-283-8038 |
| Fax Number | 515-283-3108 |
| E-Mail Address | jharty@nyemaster.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields